RECEIVED
IN LAKE CHARLES, LA

JUL 16 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ADELBERTO M. ANDRADE** | : | **DOCKET NO. 2:06cv 2144** |
| **VS.** | : | **JUDGE MINALDI** |
| **ALBERTO GONZALES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

Having reviewed the record and considered the petitioner's objections to the Report and Recommendation of the Magistrate Judge,

IT IS ORDERED that the matter be remanded to the Magistrate Judge to develop the record as to whether Mr. Andrade has a pending case in Alabama.

Lake Charles, Louisiana, this 13 day of July, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT